IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DELROY HENRY and ALONSO BANOS, Individually and on Behalf of all other Employees Similarly Situated,<br><br>**Plaintiffs,**<br><br>-against-<br><br>LITTLE MINT, INC. d/b/a DISHES, MINI MINT, INC. d/b/a DISHES, MOSHE MALLUL, MAGGIE TALISMAN and JOHN DOES #1-10, Jointly and Severally,<br><br>**Defendants.** | ECF Case<br><br>12-cv-3996 (CM) |

## NOTICE OF PENDENCY OF CLASS ACTION

## DO NOT BE ALARMED – YOU ARE NOT BEING SUED

TO: ALL COUNTER SERVERS, KITCHEN STAFF, CASHIERS, DELIVERY PERSONS AND OTHER HOURLY EMPLOYEES WHO ARE OR WERE EMPLOYED BY DISHES AT ANY TMIE FROM MAY 21, 2006 THROUGH THE PRESENT

1. **Why Did I Receive This Notice?**  You are receiving this Notice because you may be a member of the Class and your rights may be affected by the pending litigation against Dishes.

2. **Who is Included In The Class?**  The Class is defined as follows:  All counter servers, kitchen staff, cashiers, delivery persons and other hourly employees who worked for Dishes in any of the four (4) Dishes locations at any time from May 21, 2006 through the present.

3. **What is The Lawsuit About?**  The lawsuit alleges that Dishes did not pay the plaintiffs or Class members (i) overtime premiums for hours worked in excess of forty (40) per week, or (ii) an additional hour at minimum wage for each hour they worked in excess of ten (10) hours in one day.  Dishes denies all liability to plaintiffs and the Class, and asserts that its pay policies have been lawful and appropriate.

Questions? Please call Pelton & Associates, PC at (212) 385-9700

4. **What Claims Have Been Made?**  The representative plaintiffs (Delroy Henry and Alonso Banos) have filed an Amended Complaint which alleges the following: (1) failure to pay overtime under the Fair Labor Standards Act (FLSA) and the New York Labor Law (NYLL) and (2) failure to pay an extra hour at minimum wage for all days in which hourly employees worked ten or more hours, under the NYLL and its supporting regulations.

5. **The Court Has Certified This Case As A Class Action.**  By Order dated _____, the Honorable Colleen McMahon of the United States District Court, Southern District of New York, certified the Class identified above.

    The Court has not yet decided on the merits of this case.  This means that there has been no ruling as to who wins and who loses.  The Court will decide this issue at a later date.  For present purposes, the Court has only determined that this case may proceed as a class action.

6. **Do I Need To Do Anything?**  If you wish to remain in the Class, you are not required to do anything at this time and you will be bound by any judgment that may be entered in this action, whether it is favorable or unfavorable.  This means that if there is a recovery, you may be entitled to share in the proceeds of that recovery.  If there is no recovery, you may not pursue a lawsuit on your own involving any of the same issues in this lawsuit.  If you remain in the Class, you will be represented by the attorneys for the Class representatives.

    You may, but are not required to, retain an attorney on your own to enter an appearance and represent you in this case.

7. **What If I Choose Not To Remain In The Class?**  You also have the right to exclude yourself from the Class.  If you exclude yourself, you will not be entitled to share in any recovery that may be obtained, but you may pursue a lawsuit on your own involving any of the same issues in this lawsuit.  To exclude yourself, you must send a written request for exclusion to attorney for the Class at:

    > Brent E. Pelton, Esq.
    > PELTON & ASSOCIATES, PC
    > 111 Broadway, Suite 901
    > New York, New York 10006
    > Telephone: (212) 385-9700
    > Fax: (212) 385-0800
    > Email: pelton@peltonlaw.com

    The request for exclusion must contain your name and address and be signed by you.  The request for exclusion must also be postmarked by _____, 2012.  **You may not exclude yourself by telephone or email**.

8. **Who Are The Class Representatives?**  The Class Representatives are Delroy "David" Henry and Alonso Banos.

9. **Who Are The Attorneys Representing the Class?**  The attorneys representing the Class are:

Brent E. Pelton, Esq.
PELTON & ASSOCIATES, PC
111 Broadway, Suite 901
New York, New York 10006
Telephone: (212) 385-9700
Fax: (212) 385-0800
Email: pelton@peltonlaw.com

10. **How Do I Get More Information?**  If you have any questions about this case, or want to get additional information, you may contact the attorney listed above.

THIS NOTICE AND ITS CONTENTS HAVE BEEN AUTHORIZED BY THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK, THE HONORABLE COLLEEN MCMAHON, UNITED STATES DISTRICT JUDGE.  THE COURT HAS TAKEN NO POSITION IN THIS CASE REGARDING THE MERITS OF THE PLAINTIFFS' CLAIMS OR OF THE DEFENDANT'S DEFENSES.

DO NOT TELEPHONE THE COURT REGARDING THIS NOTICE.

DATED: _____ __, 2012

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **DELROY HENRY y ALONSO BANOS,** **Individuamente y en representacion de todos los otros Empleados situados similarmente,**  **Demandantes,**  -en contra-  **LITTLE MINT, INC. d/b/a DISHES, MINI MINT, INC. d/b/a DISHES, MOSHE MALLUL, MAGGIE TALISMAN y JOHN DOES #1-10, en Conjuntos y por Separado,**  **Demandados.** | ECF Case  12-cv-3996 (CM) |

**AVISO DE DEMANDA COLECTIVA PENDIENTE DE**

**NO SE ALARME - USTED NO ESTÁ SIENDO DEMANDADO**

A: **TODOS LOS SERVIDORES DE MOSTRADOR, PERSONAL DE COCINA, CAJEROS, PERSONAS DE DELIVERY Y OTROS EMPLEADOS QUE LES PAGABAN POR HORA, QUE SON O FUERON EMPLEADOS POR DISHES DESDE EL 21 DE MAYO DEL 2006 HASTA EL PRESENTE**

1. **¿Por Qué Recibí Este Aviso?** Usted está recibiendo esta Notificación porque usted puede ser un miembro de la clase y sus derechos pueden verse afectados por el litigio pendiente en contra de Dishes.

2. **¿Quién Está Incluido En la Clase?** La clase se define de la siguiente manera: Todos los servidores de mostrador, personal de cocina, cajeros, personas de delivery y otros empleados que les pagaban por hora y trabajaban para Dishes en cualquiera de sus cuatro (4) establecimientos en cualquier momento a partir del 21 de mayo del 2006 hasta el presente.

3. **¿De Que Trata la Demanda**? La demanda alega que Dishes no pagó los Demandantes o los Miembros de Clase (i) primas por horas extras, cuando se trabajaba en exceso de cuarenta (40) horas por semana o (ii) una hora adicional a salario mínimo por cada hora trabajada en exceso de diez (10) horas en un día. Dishes niega toda responsabilidad a la

parte demandante y la Clase, y afirma que sus políticas salariales han sido legal y apropiadas.

4. **¿Qué Reclamos se Han Hecho?** Los demandantes representativos (Delroy Henry y Alonso Banos) ha presentado una Demanda Enmendada que alega lo siguiente: (1) falta de pago de las horas extras bajo la Ley Laboral de Normas Justas (FLSA) y la Ley Laboral de Trabajo de Nueva York (NYLL) y falta (2) de pago una hora adicional al salario mínimo para todos los días en que los empleados que les pagaban por horas trabajaban diez o más horas, bajo la NYLL y sus reglamentos de apoyo.

5. **La Corte Ha Certificado Este Caso Como Una Demanda Colectiva**. Por orden fechada _____, la Honorable Colleen McMahon del Tribunal Federal de Distrito, Distrito Sur de Nueva York, certificó la Clase identificada arriba.

   La Corte aún no ha decidido sobre los meritos de este caso. Esto significa que no ha habido ninguna decisión en cuanto a quién ha ganado y quién ha perdido. La Corte decidirá esta cuestión en una fecha posterior. Por el momento, la Corte ha determinado que este caso puede proceder como una demanda colectiva.

6. **¿Necesito Hacer Algo?** Si usted desea permanecer en la Clase, usted no está obligado a hacer nada en este momento y estará sometido a cualquier fallo que pueda introducirse en esta acción, ya sea favorable o desfavorable. Esto significa que si hay una recuperación, usted puede tener derecho a participar en los beneficios de esa recuperación. Si no hay recuperación, no podrá presentar una demanda por su cuenta implicando cualquiera de los mismos problemas de esta demanda. Si permanece en la Clase, estará representada por los abogados de los representantes de la Clase.

   Usted puede, pero no está obligado a, retener a un abogado por su cuenta para registrar una comparecencia y representarlo en este caso.

7. **¿Qué Pasa Si Decido No Permanecer En La Clase?** Usted también tiene el derecho de excluirse de la Clase. Si se excluye, no tendrá derecho a participar en ninguna recuperación que se puede obtener, pero puede presentar una demanda por su cuenta implicando cualquiera de los mismos problemas de esta demanda. Para excluirse, debe enviar una solicitud de exclusión por escrito al abogado de la Clase en:

Brent E. Pelton, Esq.
Pelton & ASSOCIATES, PC
111 Broadway, Suite 901
New York, New York 10006
Teléfono: (212) 385-9700
Fax: (212) 385-0800
Email: pelton@peltonlaw.com

Preguntas? Por favor contacte a Pelton & Associates, PC al (212) 385-9700

    La solicitud de exclusión deberá contener su nombre y dirección, y ser firmada por usted. La solicitud de exclusión también debe estar postfechada para _____ del 2012. **Usted no puede excluirse por teléfono o correo electrónico.**

8. **¿Quiénes Son Los Representantes De La Clase?** Los Representantes de la Clase son Delroy "David" Henry y Alonso Banos.

9. **¿Quiénes Son Los Abogados Que Representan A La Clase?** Los abogados que representan a la Clase son:

    Brent E. Pelton, Esq.
    Pelton & ASSOCIATES, PC
    111 Broadway, Suite 901
    New York, New York 10006
    Teléfono: (212) 385-9700
    Fax: (212) 385-0800
    Email: pelton@peltonlaw.com

10. **¿Cómo Puedo Obtener Más Información?** Si usted tiene alguna pregunta acerca de este caso, o si desea obtener información adicional, puede comunicarse con el abogado mencionado arriba.

ESTA NOTIFICACIÓN Y SU CONTENIDO HA SIDO AUTORIZADA POR EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS PARA EL DISTRITO SUR DE NUEVA YORK, LA HONORABLE MCMAHON COLLEEN, JUEZ FEDERAL DE DISTRITO. LA CORTE NO HA TOMADO NINGUNA POSICIÓN REFERENTE A LOS MÉRITOS DE LOS RECLAMOS DE LOS DEMANDANTES O DEFENSAS DE LOS DEMANDADOS.

NO LLAME AL TRIBUNAL SOBRE ESTA NOTIFICACIÓN.

FECHA: _____ del 2012

Preguntas? Por favor contacte a Pelton & Associates, PC al (212) 385-9700